**94–1540.** State ex rel. Waites v. Eleventh Dist. Court of Appeals. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective August 17, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, August 23, 1994*

## MOTION DOCKET

**94–1553.** State ex rel. Governor v. Taft. In Mandamus and Prohibition. On written request of counsel for respondent, it is ordered that the time for filing merit brief is hereby extended to September 2, 1994.

RESNICK and F.E. SWEENEY, JJ., dissent.

**94–1720.** State ex rel. Concerned Citizens for More Professional Government v. Zanesville City Council. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration thereof,

IT IS ORDERED by the court that an alternative writ be, and the same is hereby, granted, and the following schedule is set for the presentation of evidence and filing of briefs pursuant to St.Ct.Prac.R. X:

The parties shall file any evidence they intend to present on or before August 26, 1994; relator shall file its brief on or before August 26, 1994; and respondents shall file their brief on or before August 29, 1994.

*Wednesday, August 24, 1994*

## MERIT DOCKET

**94–989.** Cope v. DeSanto. In Habeas Corpus. On motion to dismiss by William H. Dallman, motion to dismiss by Robert P. DeSanto et al., and motion to amend petition. *Sua sponte*, cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1112.** Johns v. Baker. In Habeas Corpus. On return of writ and motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1260.** Wilburn v. Alexander. In Habeas Corpus. On return of writ. *Sua sponte*, cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1300.** Billups v. Baker. In Habeas Corpus. On petition for writ of habeas corpus and motion for evidentiary hearing. *Sua sponte*, cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.